FILED
WILLIAMSPORT

AUG 27 2026

PER [handwritten initials]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 4:26-CR-195 |
| v. | : | |
| | : | |
| ROBERT FOUST, | : | |
| Defendant | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### Threatening a Federal Official
### 18 U.S.C. § 115(a)(1)(B)

On or about August 5, 2025, at the United States Penitentiary, Allenwood, in Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

ROBERT FOUST,

an inmate at said correctional facility, did knowingly and intentionally threaten to assault and murder A.P., a Corrections Officer of the federal Bureau of Prisons with intent to impede, intimidate, and interfere with A.P. while engaged in the performance of his official duties, and with

intent to retaliate against A.P. on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
**Threatening a Federal Official**
**18 U.S.C. § 115(a)(1)(B)**

On or about August 5, 2025, at the United States Penitentiary, Allenwood, in Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

ROBERT FOUST,

an inmate at said correctional facility, did knowingly and intentionally threaten to assault and murder M.S., a federal correctional counselor and employee of the federal Bureau of Prisons with intent to impede, intimidate, and interfere with M.S. while engaged in the performance of his official duties, and with intent to retaliate against M.S. on account

of the performance of his official duties. All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**Threatening a Federal Official**
**18 U.S.C. § 115(a)(1)(B)**

On or about August 5, 2025, at the United States Penitentiary, Allenwood, in Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

**ROBERT FOUST,**

an inmate at said correctional facility, did knowingly and intentionally threaten to assault and murder A.L., a physician employee of the federal Bureau of Prisons with intent to impede, intimidate, and interfere with A.L. while engaged in the performance of his official duties, and with intent to retaliate against A.L. on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 4</u>
**Threatening a Federal Official**
18 U.S.C. § 115(a)(1)(B)

On or about November 6, 2025, at the United States Penitentiary, Allenwood, in Union County, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, and within the Middle District of Pennsylvania, the defendant,

**ROBERT FOUST,**

an inmate at said correctional facility, did knowingly and intentionally threaten to assault and murder A.P., a Corrections Officer of the federal Bureau of Prisons with intent to impede, intimidate, and interfere with A.P. while engaged in the performance of his official duties, and with intent to retaliate against A.P. on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

[redacted]

BRIAN D. MILLER
United States Attorney

8/27/26

GEOFFREY W. MACARTHUR
Assistant United States Attorney

Date